JOSEPH NEUSTADT, Respondent, v. JAMAICA ESTATES and Others, Defendants, Impleaded with EDWARD E. DEAN and Others, Appellants.— Judgment

and order affirmed, with costs. No opinion. Thomas, Mills, Rich, Blackmar and Kelly, JJ., concurred.